UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JORGE PEREZ, | ) | Case No. SA CV 11-1306 JHN (MRW) |
| Petitioner, | ) | |
| vs. | ) | JUDGMENT |
| STATE OF CALIFORNIA, | ) | |
| Respondent. | ) | |
| _____ | ) | |

Pursuant to this Court's Order,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATE: October 6, 2011

_____
HON. JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE